# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **TWILA MARTIN and JONI DAVIS,** on behalf of herself and her minor child S.W., <br><br> *On behalf of themselves and all others similarly situated*, <br><br>        **Plaintiffs,** <br><br> **v.** <br><br> **PHYSICIAN'S BUSINESS OFFICE, INC.,** <br><br>        **Defendant.** | ) <br> ) <br> ) **Civil Action No. 2:22-cv-00493** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Twila Martin and Joni Davis on behalf of herself and her minor child S.W., each individually and in their representative capacities, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismiss their claims in this action and in their entirety without prejudice, with each party to bear its own attorney's fees and costs.

Date: January 19, 2023

                Respectfully submitted,

                BY: /s/ Mark E. Troy

                **MORGAN & MORGAN**
                Mark E. Troy, Esq. (WV Bar I.D. No. 6678)
                222 Capitol Street, Suite 200A
                Charleston, WV 25301
                Telephone: (304) 345-1122
                Facsimile: (304) 414-5692
                mtroy@forthepeople.com

/s/ Jean Sutton Martin
JEAN SUTTON MARTIN
North Carolina Bar Number 25703
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
jean@jsmlawoffice.com
jeanmartin@forthepeople.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2023 a true and correct copy of the foregoing was electronically filed using CM/ECF. Copies of the foregoing document will be served upon all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Mark E. Troy
MARK E. TROY

2