IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TWILA MARTIN, et al.,

          Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.　2:22-cv-00493

PHYSICIAN'S BUSINESS OFFICE, INC.,

          Defendant.

**ORDER**

On January 19, 2023, Plaintiffs moved to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).　(ECF No. 6.)　As such, the Court hereby **DIMISSESS** the action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

          ENTER:　　　January 26, 2023

          _____
          THOMAS E. JOHNSTON, CHIEF JUDGE